No. 93–9638. McDonald v. United States. C. A. 8th Cir. Certiorari denied.

No. 93–9639. McNair v. Singletary, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 93–9640. Rodenbaugh v. Singer. C. A. 3d Cir. Certiorari denied.

No. 93–9641. Quintanilla v. Orange County Personnel Division of Sheriff Coroner Department et al. C. A. 9th Cir. Certiorari denied.

No. 93–9642. Prince v. Norris, Director, Arkansas Department of Correction. C. A. 8th Cir. Certiorari denied.

No. 93–9643. Mack v. Department of the Army et al. C. A. 2d Cir. Certiorari denied.

No. 93–9644. Reynolds v. Borg, Warden. C. A. 9th Cir. Certiorari denied.

No. 93–9647. Bouler v. United States. C. A. 4th Cir. Certiorari denied.

No. 93–9648. Burnside v. United States. C. A. 9th Cir. Certiorari denied.

No. 93–9649. Showell v. United States. Ct. App. D. C. Certiorari denied.

No. 93–9650. Agha v. West, Secretary of the Army, et al. C. A. 9th Cir. Certiorari denied.

No. 93–9651. Harris v. Padu. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–9654. Enogwe v. United States. C. A. 5th Cir. Certiorari denied.

No. 93–9655. Ferdik v. McFadden, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 93–9656. Harrell v. Wisconsin. Ct. App. Wis. Certiorari denied.